1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   PHILIP A. GUENTERT (CABN 147374)
3  Acting Chief, Criminal Division

4  SARAH HAWKINS (CABN 257723)
   Assistant United States Attorney
5
           450 Golden Gate Avenue, Box 36055
6          San Francisco, California 94102-3495
           Telephone: (415) 436-7126
7          Fax: (415) 436-7207
           Email: Sarah.Hawkins@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )  CASE NO. CR 15-0439 MMC
                                     )
14       Plaintiff,                  )  STIPULATION AND [PROPOSED] ORDER TO
                                     )  CONTINUE STATUS CONFERENCE ;
15    v.                             )
                                     )  ORDER APPROVING STIPULATION TO
16  PATRICK HARVEY,                  )  CONTINUE STATUS CONFERENCE
                                     )
17       Defendant.                  )
                                     )
18                                   )
                                     )
19  _____ )

20                              **STIPULATION**

21       IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

22       1.  The case is currently set for change of plea or motion setting on August 17, 2016 at 2:15

23  p.m.

24       2.  The defense has been diligently reviewing discovery. Specifically, counsel for defendant

25  spent several hours viewing the relevant computer forensic evidence with FBI agent Anastasia Cioni.

26  Based on that review, a second evidence review was conducted with all parties present to address

27  specific issues related to two of the counts charged in the Superseding Indictment. The parties need

28  additional time to confirm the number of images at issue.

1   3.  Accordingly, the parties jointly request a continuance of the matter to September 7, 2016.

2   4.  The parties further respectfully submit and agree that the period from August 17, 2016
through and including September 7, 2016 should be excluded from the otherwise applicable Speedy
Trial Act computation because the continuance is necessary for effective preparation of counsel, taking
into account the exercise of due diligence.

5.  The parties concur that granting the exclusion is appropriate to allow reasonable time
necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C.
§3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion
of time for the purposes of effective preparation of counsel outweigh the best interests of the public and
the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED:  August 11, 2016              BRIAN J. STRETCH
                                     United States Attorney

                                          /s/
                                     SARAH HAWKINS
                                     Assistant United States Attorney

DATED: August 11, 2016

                                          /s/
                                     ALBERT J. BORO, JR.
                                     Counsel for PATRICK HARVEY

STIP. AND [PROPOSED] ORDER            2
CR 15-0439 MMC

**[~~PROPOSED~~] ORDER**

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from August 17, 2016 through and including September 7, 2016 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on September 7, 2016 at 2:15 p.m. for further status conference.

2. The period from August 17, 2016 through and including September 7, 2016 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: August 15, 2016

HON. MAXINE M. CHESNEY
United States District Judge

STIP. AND [PROPOSED] ORDER          3
CR 15-0439 MMC