```
1  ALBERT J. BORO, JR. (CA Bar #126657)
   ajboro@boro-law.com
2  VIOLAINE C. BRUNET (CA Bar #305609)
   vbrunet@boro-law.com
3  BORO LAW FIRM
   345 Franklin Street
4  San Francisco, CA 94102
   Telephone: (415) 621-2400
5  Facsimile:  (415) 276-5870

6  Attorneys for Defendant
   PATRICK HARVEY
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 15-0439 MMC |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) AND ORDER THEREON |
| PATRICK HARVEY, | ) |
| Defendant. | ) |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The case is currently set for change of plea or motion setting on September 7, 2016, at 2:15 p.m.

2. The defense has been diligently reviewing discovery.  Specifically, counsel for defendant spent several hours viewing the relevant computer forensic evidence with FBI agent Anastasia Cioni. Based on that review, a second evidence review was conducted with all parties present to address specific issues related to two of the counts charged in the Superseding Indictment.  The defense is requesting a continuance of one additional week to confirm the number of images at issue in the case. Because defense counsel will be out of town the week of August 29, 2016, it will be difficult for defense counsel to complete the review of the images before the hearing currently set for September 7, 2016.

STIP. AND [PROPOSED] ORDER          1
CR 15-0439 MMC

1  Additionally, defense counsel has a conflict on September 7, 2016, the date currently set for change of
2  plea or motions setting.
3      3.   Accordingly, the parties jointly request a continuance of the matter to September 14,
4  2016.
5      4.   The parties further respectfully submit and agree that the period from September 7, 2016
6  through and including September 14, 2016 should be excluded from the otherwise applicable Speedy
7  Trial Act computation because the continuance is necessary for effective preparation of counsel, taking
8  into account the exercise of due diligence.
9      5.   The parties concur that granting the exclusion is appropriate to allow reasonable time
10 necessary for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C.
11 §3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion
12 of time for the purposes of effective preparation of counsel outweigh the best interests of the public and
13 the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

        IT IS SO STIPULATED.

DATED: August 25, 2016

                                    /s/ *Albert J. Boro, Jr.*
                                    ALBERT J. BORO, JR.
                                    Counsel for PATRICK HARVEY

DATED:  August 25, 2016             BRIAN J. STRETCH
                                    United States Attorney

                                    /s/ *Sarah Hawkins*
                                    SARAH HAWKINS
                                    Assistant United States Attorney

STIP. AND [PROPOSED] ORDER          2
CR 15-0439 MMC

**[PROPOSED] ORDER**

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from September 7, 2016 through and including September 14, 2016 outweigh the best interest of the public and the defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on September 14, 2016, at 2:15 p.m., for further status conference.

2. The period from September 7, 2016 through and including September 14, 2016 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: August 26, 2016

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE