UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: September 14, 2016  (22 minutes)

Case No. CR-15-0439 MMC    JUDGE:  **Maxine M. Chesney**

PATRICK HARVEY    Present (X) Not Present ( ) In Custody (X)
DEFENDANT

Sarah Hawkins    Albert Boro
U.S. ATTORNEY(S)    ATTORNEY(s) FOR DEFENDANT(s)

Deputy Clerk: Tracy Geiger    Court Reporter: Belle Ball

## PROCEEDINGS

REASON FOR HEARING    Change of Plea

RESULT OF HEARING    Defendant plead guilty to Count Two of the Superseding Indictment. Plea agreement filed with the court.
Government will move to dismiss Counts One and Three at the time of sentencing.
Court accepted the plea and referred case to the US Probation Dept. for preparation of a presentence report.

CASE CONTINUED TO    December 7, 2016 at 2:15 p.m. for Judgment and Sentencing

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) _____    Begins    Ends

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////