BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SARAH HAWKINS (CABN 257723)
   Assistant United States Attorney
      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
      Fax: (415) 436-7234
      sarah.hawkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK HARVEY, <br><br> Defendant. | CR 15-00439 MMC <br><br> **ORDER GRANTING** <br><br> UNITED STATES' MOTION TO SEAL EXHIBITS 1-16 IN SUPPORT OF SENTENCING MEMORANDUM <br><br> Hearing: December 7, 2016 <br> Time: 2:15 p.m. |

On December 1, 2015, the defendant, Patrick Harvey, was charged in a three count Superseding Indictment for the following violations: 1) 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; 2) 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography; and 3) 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography. On September 14, 2016, the defendant pled guilty to Count Two of the Superseding Indictment. On December 7, 2016, the defendant will stand before the Court to be sentenced. The government will be filing its sentencing memorandum on November 30, 2016. In connection with this memorandum, the government anticipates filing numerous exhibits, specifically, Exhibits 1 through 16. Exhibit 1 contains text messages between the defendant and another individual which contains personally identifying information. Exhibits 2-16 are impact statements and a restitution

1  request by the victims of the child pornography offenses committed by the defendant.  In order to protect

2  the victims' privacy interests, the government requests leave from the Court to file those materials under

3  seal.

4      Accordingly, the government hereby requests leave to file these exhibits, which will be filed as

5  the United States' Exhibits 1 through 16 in Support of Sentencing Memorandum, under seal.

6

7  DATED:  November 30, 2016        Respectfully submitted.

8                  BRIAN J. STRETCH
                United States Attorney

9

10                  _____/s/_____
                SARAH HAWKINS

11                  Assistant United States Attorney

12

13                  [~~PROPOSED~~] ORDER

14      Upon the motion of the United States, ~~and~~ good cause appearing, and no opposition having been filed, IT IS HEREBY ORDERED

15  THAT the Clerk of the Court file the United States' Exhibits 1 through 16 in Support of Sentencing

16  Memorandum in the above-captioned case under seal and maintain the documents under seal until further

17  notice from this Court.

18  IT IS SO ORDERED.

19  Dated: December 6, 2016        HON. MAXINE M. CHESNEY
                United States District Court Judge

20

21

22

23

24

25

26

27

28

UNITED STATES' MOTION TO SEAL EXHIBITS
CR 15-00439 MMC        2