UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-0439 MMC |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| PATRICK HARVEY, | |
| Defendant. | |

On March 16, 2017, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a.   Lenovo Laptop Serial Number WB06188177;

    b.   LG Cellular Phone Serial Number 404CYDG0072714 and

    c.   Seagate Momentus 320 GB Hard Drive Serial Number SN 6VDFR94R

pursuant to 18 U.S.C. §§ 2253(a)(1) and (a)(3) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 15-0439 MMC                              1

1     The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

    THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States, pursuant to 18 U.S.C. §§ 2253(a)(1) and (a)(3) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: May 31, 2017

    */s/ Maxine M. Chesney*
HONORABLE MAXINE M. CHESNEY
United States District Judge